# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

JOSHUA DEWITT,

    PLAINTIFF,

v.                                CASE NO.: 3:20-cv-05728-MCR-EMT

DYNAMIC SECURITY INC.

    DEFENDANT.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned attorneys, that the above-captioned action be dismissed, with prejudice, with each party to bear his or its own costs.

Dated: June 7, 2021

| | |
|---|---|
| **/s/ Clayton M. Connors, w/ perm.** | **/s/ Wesley C. Redmond, Esq.** |
| Clayton M. Connors, Esq. | Wesley C. Redmond |
| Florida Bar No.: 0095553 | Email: wredmond@fordharrison.com |
| Email: cmc@westconlaw.com | FORDHARRISON LLP |
| **WESTBERRY & CONNORS, LLC.** | 420 20th Street North, Suite 2560 |
| 4400 Bayou Blvd., Suite 32A | Birmingham, Alabama 35203 |
| Pensacola, Florida 32503 | Tel: (205) 244-5905 |
| Tel: (850) 473-0401 | |
| | *Attorney for the Defendant* |
| *Attorney for the Plaintiff* | |

WSACTIVELLP:12331406.1